UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Eric Joshua Mapes,<br>    *Plaintiff,* | §<br>§<br>§ |
| v. | §    Case No. 1:25-cv-01335-ADA |
| | § |
| Judge Sharon Keller, et al.,<br>    *Defendants.* | §<br>§<br>§ |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 29. Judge Hightower issued her report and recommendation on September 23, 2025. Plaintiff filed objections to the report and recommendation on October 3, 2025. Dkt. 37.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b)(1)(C). A district court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

Because Plaintiff has filed timely objections to the report and recommendation, the Court has conducted an independent review of the record in this cause and has conducted a de novo review with respect to those matters raised by Plaintiff. After due consideration, the Court concludes that Plaintiff's objections lack merit and adopts the report and recommendation as its own.

Accordingly, the Court **DISMISSES** with prejudice Eric Joshua Mapes' duplicative Complaint as frivolous and malicious under 28 U.S.C. § 1915(a)(1). The Court **DENIES** Eric Joshua Mapes' Motion for Immediate Vacatur and Injunctive Relief (Dkt. 7), Emergency Motion to Vacate Conviction (Dkt. 11), and Motion for Injunction and Sanctions (Dkt. 26). Finally, the Court **ORDERS** that Eric Joshua Mapes' is enjoined from filing any future actions *pro se* and *in forma pauperis* in the Western District of Texas attacking his 1999 State Conviction without receiving written leave from a District Judge of this Court or a Judge of the Fifth Circuit.

**SIGNED** on October 8, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE